UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>       Plaintiffs,<br>v.<br>JODY BLOOM,<br>       Defendant. | Case No.: C 05-02586 SI<br><br>**[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

  Based upon Plaintiffs' Application for Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

  1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the seven (7) sound recordings listed in Exhibit A to Plaintiffs' Complaint. Accordingly, having adjudged to be in default, Defendant Jodi Bloom ("Defendant") shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Five Thousand Two Hundred Fifty Dollars ($5,250.00).

#1423 v1

  2.  Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Five Hundred Fifty-Nine Dollars and Forty Cents ($559.40).

  3.  Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Road Man," on album "Astro Lounge," by artist Smash Mouth (SR# 264-519);
- "U Can't Touch This," on album "Please Hammer Don't Hurt 'Em," by artist MC Hammer (SR# 133-683);
- "She Used to Be Mine," on album "Hard Workin' Man," by artist Brooks & Dunn (SR# 168-005);
- "I Do (Cherish You)," on album "Wish You Were Here," by artist Mark Wills (SR# 251-938);
- "I Lost It," on album "Greatest Hits," by artist Kenny Chesney (SR# 277-700);
- "Jamie's Cryin'," on album "Van Halen," by artist Van Halen (SR# 239);
- "Don't Know Why," on album "Come Away With Me," by artist Norah Jones (SR# 320-120);

and in any other sound recording, whether now in experience or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) and of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant shall also destroy all copies of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated: May 26, 2006

By: _____
Honorable Susan Illston
United States District Court Judge

2

#1423 v1